# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MIB | 9597551 | DELONJ JOHN | 5173 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/16/2025
Offense Charged: 38 CFR 1.218(B)(11)
DISORDERLY CONDUCT

Place of Offense: KALISPELL VA. CBOC

Offense Description: Factual Basis for Charge: DISORDERLY CONDUCT

### DEFENDANT INFORMATION

Last Name: DUNN
First Name: CHADWICK

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250.00 Forfeiture Amount
+ $30 Processing Fee
$ 280.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9597551*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/16, 20 25 while exercising my duties as a law enforcement officer in the VA District of MONTANA

I WAS NOTIFIED OF THE DISRUPTION OF SERVICES IN THE KALISPELL CLINIC. THROUGH MY INVESTIGATION AND INTERVIEW, I DETERMINED THAT CHADWICK DUNN HAD SET OFF A STINK BOMB IN THE CLINIC. THIS WAS SIGNIFICANT ENOUGH DISTURBANCE TO FORCE THE CANCELATION OF APPOINTMENTS. IT ALSO HAD ADVERSE EFFECTS ON STAFF, DISRUPTING THEIR NORMAL DUTIES, BECAUSE THEY HAD TO LEAVE THE AREA UNTIL THE SMELL CLEARED. I CONDUCTED AN INTERVIEW WITH DUNN, IN THIS INTERVIEW HE WAS ADVISED OF HIS RIGHTS. HE DID ADMIT TO SETTING OFF THE DEVISE IN THE CLINIC WHICH CAUSED THE DISRUPTION.

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/04/2025   [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident