IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHADWICK DUNN,<br><br>Defendant. | 6:25-PO-5064-KLD<br><br>Violation No. 9597551<br>Location Code: M18<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine in the amount of $50.00, and the $30.00 processing fee, for a total of $80.00 for violation number 9597551. Payment should be made either online or by mail following the instructions found at the Central Violations Bureau's website: https://www.cvb.uscourts.gov/pay-ticket.

DATED this 16th day of December, 2025

Kathleen L. DeSoto
United States Magistrate Judge